IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
04 MAR 31 AM 8:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| GEORGE WARREN REESE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 02-S-2556-S |
| ) | |
| WARDEN JERRY FARRELL, et al., ) | |
| ) | |
| Respondents. ) | |

ENTERED
MAR 3 1 2004
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

**MEMORANDUM OF OPINION**

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed. An appropriate order will be entered.

DONE, this 30th day of March, 2004.

_____
UNITED STATES DISTRICT JUDGE

12